# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

CHICAGO & VICINITY LABORERS'
DISTRICT COUNCIL PENSION FUND, *et al.*,

Plaintiffs,

v.

AG CONSTRUCTION SERVICES, INC.,

Defendant.

No. 21-cv-03618
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of Plaintiffs CHICAGO & VICINITY LABORERS' DISTRICT COUNCIL PENSION FUND, *et al.*
and against Defendant AG CONSTRUCTION SERVICES, INC.
in the amount of $33,651.29 in unpaid contributions and liquidated damages, and $868.50 in attorneys' fees and costs,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from Defendant.

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on a motion [10] for default judgment.

Date: September 14, 2021

_____
JOHN F. KNESS
United States District Judge